# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:12-CR-00180 LJO-SKO |
| | ) | |
| | ) | |
| ADAN TORRES-RIVERA | ) | |
| AKA ELPIDIO RUIZ-MEZA | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
           (X) Ad Prosequendum           ( ) Ad Testificandum.
Name of Detainee:     Adan Torres-Rivera  aka Elpidio Ruiz-Meza
Detained at (custodian):    Kern County Jail

Detainee is:    a.)    (X) charged in this district by:
                (X) Indictment       ( ) Information       ( ) Complaint
                Charging Detainee With:  **8 U.S.C. § 1326(a) & (b)(2) -Deported Alien**
                                          **Found in the United States**

    or     b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)    (X) return to the custody of detaining facility upon termination of proceedings
    or     b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is
                currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

                Signature:    /s/ Wallace J. Lee
                Printed Name & Phone No: Wallace J. Lee/ 559-497-4000
                Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS

           (X) Ad Prosequendum           ( ) Ad Testificandum
The above application is granted and the above-named custodian, as well as the United States Marshal for this
district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any
further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to
the above-named custodian.

  June 19, 2012                        /s/ Gary S. Austin
Date                             United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | CDCR - Elpidio Ruiz-Meza | Male X | Female |
| Booking or CDC #: | 1962912 | DOB: | |
| | Release Date: 05/06/2013 | Race: | |
| | | FBI #: | 341213FB2 |
| Facility Phone: | | | |
| Currently Incarcerated For: | | | |

## RETURN OF SERVICE

Executed on          by                                        
                                                        (Signature)